Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.                    Docket No. 1:14CR00546 (CM)

Jerome Thomas

On August 24, 2018, the above named was placed on Supervised Release for a period of four (4) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Jerome Thomas be discharged from Supervised Release.

Respectfully submitted,

by  *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___9th___ day of ___November___, 20_20_.

Honorable Colleen McMahon
Chief U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/20